IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 9 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01279-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

CHRIS TILLOTSON,

      Plaintiff,

v.

NO DEFENDANTS NAMED,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a letter in which he appears to complain about police

misconduct.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court

has determined that the submitted document is deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers which the Plaintiff files in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    <u>X</u>    is not submitted
(2)    ___    is missing affidavit
(3)    <u>X</u>    is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    ___    is missing an original signature by the prisoner
(7)    ___    is not on proper form (must use the court's current form)
(8)    ___    names in caption do not match names in caption of complaint, petition or

habeas application

(9)   __    An original and a copy have not been received by the court.
                 Only an original has been received.

(10)   X   other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:

(11)   X   is not submitted
(12)    __   is not on proper form (must use the court's current form)
(13)    __   is missing an original signature by the prisoner
(14)    __   is missing page nos. ___
(15)    __   uses et al. instead of listing all parties in caption
(16)    __   An original and a copy have not been received by the court. Only an original has been received.
(17)    __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    __   names in caption do not match names in text
(19)    __   other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

2

DATED May 19, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01279-BNB

Chris Tillotson
Prisoner No.  98589
Colorado Mental Health Institute at Pueblo
1600 W 24th St
Pueblo, CO 81003

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Prisoner Complaint forms** to the above-named individuals on May 19, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk