FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01279-BNB

CHRIS TILLOTSON,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Chris Tillotson, is confined at the Colorado Mental Health Institute at Pueblo, Colorado. Mr. Tillotson initiated this action by filing *pro se* a letter to the Court apparently complaining, in part, about police misconduct. On May 19, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Tillotson to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Magistrate Judge Boland ordered Mr. Tillotson to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Tillotson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. On June 23, 2011, in response to Mr. Tillotson's request for an extension of time, Magistrate Judge Boland entered a minute order granting Mr. Tillotson an additional thirty days to cure the deficiencies in this action.

Mr. Tillotson has failed to cure the deficiencies in this action within the time

allowed because he has failed to file a Prisoner Complaint and he has failed either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis*. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this __1st__ day of ___August___, 2011.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01279-BNB

Chris Tillotson
Prisoner No. 98589
Colorado Mental Health Institute at Pueblo
1600 W 24th St
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on August 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk